Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**PROVIDED TO SUMTER CORRECTIONAL INSTITUTION**
DATE 1/5/23
OFFICER INITIALS ce

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa__ Division

FREDDIE A. LAND,
  Plaintiff(s),
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE ATTORNEY'S OFFICE, et al.,
  Defendant(s).
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 8:23 cv 59 MSS-AAS
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name  Freddie A. Land
        All other names by which
        you have been known:  FREDDIE A. LAND
        ID Number  O-R15055
        Current Institution  Sumter Correctional Institution
        Address  9544 Counter Road 476B Bushnell, Fl. 33513

                      City          State          Zip Code

    **B.  The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1
            Name  JOSEPH A. BULONE
            Job or Title *(if known)*  Circuit Court Judge
            Shield Number
            Employer  Sixth Circuit
            Address  Pinellas County, Fl. 33758

                      City          State          Zip Code
            ☒ Individual capacity    ☐ Official capacity

        Defendant No. 2
            Name  GEORGE M. JIROTKA
            Job or Title *(if known)*  Circuit Court Judge
            Shield Number
            Employer  Sixth Circuit
            Address  Pinellas County, Fl. 33756

                      City          State          Zip Code
            ☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name **KEN BURKE**
    Job or Title *(if known)* **Clerk for the Sixth Circuit**
    Shield Number
    Employer **Sixth Circuit**
    Address **Pinellas County, Fl. 33758**

                                         City                    State               Zip Code
                                      [X] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                                         City                    State               Zip Code
                                      [ ] Individual capacity     [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

            [ ] Federal officials (a *Bivens* claim)

            [X] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**Due process of law 5Th & 14Th Amendments U.S.C.A., The right of trial by jury 7Th Amendment U.S.C.A., and the protection against arbitrary actions (color of law) of the State of Florida.**

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? **N/A**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

JOSEPH A. BULONE moved under color of law when he charged Plaintiff by Information for allegedly violating a capital felony that the Florida supreme court and the U.S. Supreme Court have held does not exist, and GEORGE M. JIROTKA Arbitrarily dismissed Plaintiffs' civil complaint. Continued

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Plaintiff filed his complaint, July 2, 2019, against JOSEPH A. BULONE, and on October 20, 2022, GEORGE M. JIROTKA moved under color of law and dismissed the complaint. See civil case no.: 19-8030-CI; Sixth Circuit.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

II. Basis for Jurisdiction   page 1

Land believes KEN BURKE blocked Lands' attempt at prosecuting his Complaint.

All three of these individuals are clearly moving under color of law. The State and Federal Constitution do not support their actions.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

February 19, 1997

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) On February 19, 1997, JOSEPH A. BULONE, acting as an assitant state attorney (BULONE is now a circuit court judge) filed an "Information" alleging FREDDIE A. LAND had violated a "capital felony." This action, under color of law, caused Plaintiff to lose his libertys and to be sentenced to imprisonment in a state penal colony until death. Continued on attachment:

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've been suffering emotional, physical, and psychological trauma for twenty-four years.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Land wants the Defendant, JOSEPH A. BULONE, to submit his answer to Lands' Complaint.
Land wants his right to trial by jury.

IV.D., continued  page 1

(2.) After many years of seeking Lady Justice with no success Plaintiff, hereinafter Land, filed a Notice of Intent to Sue with a Writ of Habeas Corpus attached in support. Note, the Great Writ of Liberty was not signed or issued but was simply throwed in the trash August 6, 2019, under color of law. It is unclear why the State of Florida refuses to honor the writ of habeas corpus. Also attached to the Complaint was a civil cover sheet (form 1.997) and a notice of claim that was sent to the Florida Department of Financial Services, Division of Risk Management.

(3.) Land noticed the Clerk for the Sixth Circuit December 1, 2019, in regards to the civil cover sheet. The Clerk responded December 6th with an indigent package and the case no.: 19-8030CI-15, and no mention of the civil cover sheet. Land noticed the Clerk that he was not indigent and was advised that $400.00 was needed to file the complaint.

(4.) Land noticed the Clerk January 7, 2020, that payment was arranged and requested the Clerk, according to the rules, complete the civil cover sheet and return a certified copy. With no reply Land again noticed the Clerk February 2, 2020, seeking a copy of receipt and a certified copy of the civil cover sheet. Land received a copy of receipt February 10, 2020, showing payment was made January 28, 2020. The Clerk also advised that he would not generate a civil cover sheet, contrary to the rules. Land believes this violates his right to due process of law and equal protection.

5.) Land then filed a Notice to Court Plaintiff Ready for Trial, February 23, 2020. The Sixth Circuit refused to respond. Land believes this violates his right to due process of law, equal protection, access to court, and shows favoritism towards the defendant, a judge in the Sixth Circuit.

IV.D., continued page 2

6.) Land filed a Motion for Documents May 27, 2020, and again the court refused to respond. Land believes this violates his rights under rules of discover, due process of law, access to the court, equal protection, and shows favoritism towards the defendant.

7.) On June 5, 2020, Land received notice from the deputy clerk, PAMELA S., that, "there has been No Answer By The Defendant as the summons was not provided to the court for service."

8.) Land was advised by a law clerk at the prison to first send the Defendant a Notice of Commencement of Action and a Waiver of Service of Process. These documents were sent to the Defendants' place of business, State Attorney's Office, Sixth Judicial Circuit Court, June 11, 2020.

9.) With no response from the Defendant Land filed a Notice to Court Issue Summons pursuant to Florida Rules of Civil Procedure. Land attached two summones with the $10.00 fee. Due to Covid-19 this was not mailed until September 8, 2020.

10.) Land was notified by the Clerk that Land had to hire a process server to serve the summons. Land contacted a friend on the street who hired Mr. Aloi at Invex Investigation Inc. for $55.00. Mr. Aloi notified Land November 3, 2020, that he would not serve a judge and returned the $55.00. After contacting numerous process servers who all refused to serve the summons on a judge Land notified Chief Judge Thomas McGrady praying he would order the Clerk of Court, KEN BURKE, or, the Marshals' Office to serve the summons.

IV.D., continued page 3

11.) Although Land did not receive a response from the Chief Judge it appeared by the Clerks' actions that the honorable McGrady had ordered the Clerk to serve the summons. The deputy clerk, LORI P., sent Land copies of correct summons type and instructed Land to provide two (2) copies of summons and a copy of the Complaint with the required fee. Note: Land had paid $30.00 for the summonses.

12.) On or around December 17, 2020, Land received a copy of the summons from the prison mailroom official showing the court seal and December 14, 2020, showing, "Personal Service On A Natural Person." At this point Land has satisfied the law of notice found in the Florida Statutes. The Defendant in good faith cannot claim that he was unaware of the complaint.

13.) Receiving no reply from Defendant Land filed a Motion for Default February 3, 2021. Receiving no reply from the court Land Filed a Notice of Inquiry March 7, 2021. Again receiving no reply Land filed a Second Notice of Inquiry March 22, 2021. Land also noticed Chief Judge McGrady praying he would order the clerk to respond, or if an Order for Default or an Order for Defendant to answer Plaintiffs' Complaint had been issued to please send Land a copy.

14.) Although Land did not receive a response from the Chief Judge, once again it appeared he ordered the Clerk to respond. Land received notice from deputy clerk, DEBORAH L., that the Motion for Default filed on 02/09/2021 could not be entered for the following reasons. 1) There is no "Waiver of Service" on docket. 2) There is no Proof of Service on docket. 3) Non Military Affidavit is missing and 4) when Motion for Default was submitted, Plaintiff failed to also provide Default for Clerk to sign and addressed stamped envelope(s). The notice was issued April 1st, 2021.

IV. D., continued page 4

15.) On April 18, 2021, Land filed "Documents Needed By Clerk To Enter Motion for Default." Land also, on April 18, 2021, noticed Chief Judge McGrady praying he issue an order for default. Note: the Clerk proposed default against the Defendant May 14, 2021, but Land received no reply from the Chief Judge.

16.) Land went back before the honorable McGrady June 20, 2021, requesting a copy of the docket showing the Waiver of Service was entered (signed or unsigned), Proof of Service was entered, the Nonmilitary Affidavit was entered, and a copy of Default signed and dated by the Clerk. Land also requested the honorable McGrady order default and resolution of Lands Complaint in favor of the Plaintiff.

17.) Again receiving no reply from the Sixth Circuit it became apparent that court was intintionally stonewalling Lands attempt to prosecute his Complaint, thus violating Lands right to due process of law, equal protection, and access to court. Trying to preserve these rights Land filed a writ of mandamus in the Second District Court of Appeal, August 16, 2021. See Case no. 2D21-2557.

18.) While the above mandamus was pending circuit judge MOATELEY out of the blue issued an order September 1, 2021, titled, "Order Dismissing Defendants' Notice of Intent to Sue." Note: The order took no action regarding case no. 19-008030-CI. Nonetheless the Second District denied the mandamus as "moot" and denied the motion for clarification September 15, 2021.

19.) Land then went back before judge McGrady October 20, 2021, again demanding resolution and or set case for jury trial. Land avered that he had a right to equal protection and due process of law and if the court refused to move appropriately then Land demands his Constitutional right to a trial by jury.

IV.D., Continued page 5

20.) Again receiving no response Land filed a Notice of Action January 13, 2022. On February 4, 2022 Land received his "first" official order from the court. The honorable GEORGE M. JIROTKA ORDERED that Plaintiffs' Notice of Intent [sic] filed January 18, 2021 wherein Plaintiff demands this Court issue a default and set this case for resolution is denied as service of process has not been effected over the Defendants. It is further ORDERED that pursuant to Florida Rule of Civil Procedure 1.070(j) Plaintiff shall effect service within 30 days of the date of this Order.

21.) Land immediately filed a Motion To Oppose & Rescind Order February 28, 2022, with numerous documents attached in support. Again receiving no response Land filed a Notice of Action June 9, 2022. Once again the court refused to respond. Land then filed a Petition for Judicial Relief August 10, 2022. See attached; see also "notice" page 4.

22.) Judge JIROTKA finally responded October 20, 2022, by denying Lands' Petition for Judicial Relief and dismissing the Lands' case pursuant to Fla.R.Civ.Proc. 1.070(j).

23.) On November 1, 2022, Land submitted a second motion to oppose & rescind order and also notified the Judicial Qualifications Commission. To date the court has refused to respond.

24.) As this honorable Court can see from above the Defendants' moved under color of law and willingly violated Floridas' rules of civil procedure, state law, and the state constitution as well as several Amendments to the United States Constitution. If this Country is still a Republic this Court must prove our Constitution is not some dirty old rag, and stand against this action.

IV.D., continued page 6

25.) The Defendants' violated Lands' right to equal protection and due process of law and they willingly failed to protect Lands' safety and his Constitutional right to Liberty and Freedom. Their actions hinderd Lands' rights to prosecute his Complaint and were bias towards Land and clearly showed favoritism towards their colleague judge JOSEPH A. BULONE.

Land avers through Protected Communication under Title 10 U.S.C. § 1034 (Whistleblower) that JOSEPH A. BULONE (and the State Government) are knowingly creating fraudulent civil restitution leans (bonds). The unknowing and unwilling Defendant (state citizen) is entered into a contract (with society) and is placed in a state penal colony (Freddie A. Land, the natural person) as surety for this fraudulent bond.

My opinion is my own but is supported by Florida law and the United States Supreme Court.

Under penalty of perjury I, FREDDIE A. LAND/Freddie A. Land, swear that all stated herein is true and correct.

*Freddie A. Land*
FREDDIE A. LAND, R15055

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes 
☐ No

N/A

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).


N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No 
☐ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No 
☐ Do not know

N/A

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☐ No


N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No


N/A

E. If you did file a grievance:

1. Where did you file the grievance?


N/A

2. What did you claim in your grievance?


N/A

3. What was the result, if any?


N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*


N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number   N/A

4. Name of Judge assigned to your case   N/A

5. Approximate date of filing lawsuit   N/A

6. Is the case still pending?
   ☐ Yes   N/A
   ☐ No    N/A

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number   N/A

4. Name of Judge assigned to your case   N/A

5. Approximate date of filing lawsuit   N/A

6. Is the case still pending?
   ☐ Yes   N/A
   ☐ No
   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 04, 2022

Signature of Plaintiff: *Freddie A. Land*
Printed Name of Plaintiff: FREDDIE A. LAND
Prison Identification #: O-RL5055
Prison Address: Sumter Correctional Institution 9544 C.R. 476B
Bushnell, Florida 33513

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address